1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            )
                                          )
12                   Plaintiff,           )        SA 09-480M
                                          )
13       v.                               )   ORDER OF DETENTION AFTER HEARING
                                          )        (18 U.S.C. § 3142(i))
14   PAULINA NATALIA LLAMAS DE            )
     AMBRIZ,                              )
15                                        )
                     Defendant.           )
16   _____)

17
                                     I.
18
     A.  ( ) On motion of the Government involving an alleged
19
         1.  ( )   crime of violence;
20
         2.  ( )   offense with maximum sentence of life imprisonment or death;
21
         3. ( )    narcotics or controlled substance offense with maximum sentence of ten or more years
22
                   (21 U.S.C. §§  801,/951, et. seq.,/955a);
23
         4.  ( )   felony - defendant convicted of two or more prior offenses described above.
24
     B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)
25
         1.  ( X )    serious risk defendant will flee;
26
         2.  ( )   serious risk defendant will
27
            a. ( )   obstruct or attempt to obstruct justice;
28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1          b. ( )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

2                                                    II.

3     The Court finds no condition or combination of conditions will reasonable assure:

4     A.  ( X )    appearance of defendant as required; and/or

5     B.  ( ) safety of any person or the community;

6                                                    III.

7     The Court has considered:

8     A.  ( x) the nature and circumstances of the offense;

9     B.  (x) the weight of evidence against the defendant;

10    C.  (x) the history and characteristics of the defendant;

11    D.  ( ) the nature and seriousness of the danger to any person or to the community.

12                                                   IV.

13    The Court concludes:

14    A.  ( ) Defendant poses a risk to the safety of other persons or the community because:

15

16    B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

17          **Defendant is undocumented.  He has no ties to the community and no bail**

18          **resources.**

19

20    C.  ( ) A serious risk exists that defendant will:

21          1. ( )   obstruct  or  attempt  to  obstruct  justice;

22          2. ( )   threaten, injure or intimidate a witness/ juror; because:

23

24    D.  ( ) Defendant has not rebutted by sufficient evidence to  the  contrary the presumption

25          provided in 18 U.S.C. § 3142 (e).

26    ///

27    ///

28    ///

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5  consultation with his counsel.

6

7

8  Dated: November 11, 2009

9                              MARC L. GOLDMAN

10                             Marc L. Goldman
                               U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**